**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **STEVE WELLMAN and APRIL WELLMAN,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| *versus* | ) | Case No. CIV-14-549-HE |
| | ) | |
| **USAA CASUALTY INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBPOENA DUCES TECUM

To: Jodi W. Dishman
Andrew J. Morris
McAfee & Taft
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Email: jodi.dishman@mcafeetaft.com
andrew.morris@mcafeetaft.com
***Attorneys for Defendant***

**PLEASE TAKE NOTICE** that Plaintiffs, Steve Wellman and April Wellman, hereby give notice of a Deposition Subpoena Duces Tecum, attached hereto as Exhibit "1", which has been issued to Rimkus Consulting Group.

Respectfully submitted,

s/ JEFF D. MARR

Jeff D. Marr (OBA No. 16080)
Carole Dulisse (OBA No. 18047)
MARR LAW FIRM
4301 Southwest Third Street, Suite 110
Oklahoma City, OK 73108
Telephone: (405) 236-8000
Facsimile: (405) 236-8025
Email: jeffdmarr@marrlawfirm.com
cdulisse@marrlawfirm.com
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and to the attorneys of record listed below via regular U.S. Mail. Based on the electronic records currently on file, the Clerk of Court will also transmit a Notice of Electronic Filing to the following ECF registrants:

Jodi W. Dishman
Andrew J. Morris
McAfee & Taft
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Email: jodi.dishman@mcafeetaft.com
andrew.morris@mcafeetaft.com
***Attorneys for Defendant***

/s/ Jeff D. Marr
JEFF D. MARR