# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVE WELLMAN and <br> APRIL WELLMAN, <br><br> Plaintiffs, <br><br> v. <br><br> USAA GENERAL INDEMNITY <br> COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 14-CV-549-HE <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiffs Steve Wellman and April Wellman hereby stipulate with Defendant USAA General Indemnity Company that this action shall be and is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

    Respectfully submitted,

    *s/ Jeff D. Marr*
    Jeff D. Marr, OBA # 16080
    Carole Dulisse, OBA # 18047
    MARR LAW FIRM
    4301 Southwest Third Street, Ste. 110
    Oklahoma City, OK 73108
    Telephone: (405) 236-8000
    Facsimile: (405) 236-8025
    jeffdmarr@marrlawfirm.com
    cdulisse@marrlawfirm.com

2

        Reggie N. Whitten, OBA # 9576
        Michael Burrage, OBA # 1350
        J. Revell Parrish, OBA # 30205
        WHITTEN BURRAGE
        1215 Classen drive
        Oklahoma City OK  73103
        Telephone: (405) 516-7800
        Facsimile:  (405) 516-7859
        rwhitten@whittenburragelaw.com
        mburrage@whittenburragelaw.com
        rparrish@whittenburragelaw.com

ATTORNEYS FOR PLAINTIFFS STEVE WELLMAN AND APRIL WELLMAN


*s/ Jodi W. Dishman*
William S. Leach, OBA # 14892
Jodi W. Dishman, OBA # 20677
Andrew J. Morris, OBA # 31658
McAfee & Taft A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone:       (405) 235-9621
Facsimile:         (405) 235-0439
E-mail:    bill.leach@mcafeetaft.com
              jodi.dishman@mcafeetaft.com
              andrew.morris@mcafeetaft.com

ATTORNEYS FOR DEFENDANT USAA GENERAL INDEMNITY COMPANY